Case 4:18-cv-00982   Document 26   Filed on 06/27/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONSON CALIGONE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-0982 |
| CONSOLIDATED SERVICES OF NORTH AMERICA, LLC, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed June 6, 2019, (Doc # 25), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 06/27/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge